## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| ALICE TAYLOR, DEXTER ASH, | : | |
| DONICE CHAPPELL, III, | : | |
| CHRISTONE JOHNSON, BRANDON | : | |
| MALDONA, JUSTIN WEARE, and | : | |
| CHARLES ANDRE THOMAS, | : | CIVIL ACTION |
| | : | FILE NO. 4:17-cv-00128 |
| Plaintiffs. | : | |
| | : | |
| vs. | : | |
| | : | |
| BIG LOTS STORES, INC., and | : | |
| GARY BOATRIGHT, individually, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. Having considered the Parties' Motion as well as additional information provided by the Parties, the Court finds that Defendants' payment of $60,000.00 in settlement of any and all claims that were or could have be included in the Complaint, represents a fair settlement in this matter. Accordingly, it is hereby ORDERED:

1.    That the Joint Motion for Approval of Settlement is GRANTED; and

2.    This case shall is DISMISSED, WITH PREJUDICE, in its entirety, with each party to bear his/her/its own costs.

3.      The Court shall retain jurisdiction over this case only for the purpose of enforcing the Parties' Agreement.

SO ORDERED this 22nd day of November, 20217.

s/Clay D. Land
CLAY D. LAND, CHIEF JUDGE
U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

-2-